UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL COOK,

    Plaintiff,

v.

CORIZON INC., et al.,

    Defendants.
_____/

Case No. 1:22-cv-629

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Schad filed a Motion for Summary Judgment Based Solely on the Failure to Exhaust Administrative Remedies (ECF No. 24). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 49) on May 30, 2023, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 49) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment Based Solely on the Failure to Exhaust Administrative Remedies (ECF No. 24) is DENIED.

Dated: June 28, 2023

       /s/ Jane M. Beckering
       JANE M. BECKERING
       United States District Judge